379 A.2d 582

Commonwealth v. Crawley, Appellant.

Submitted June 13, 1977. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.